IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | |
|---|---|
| FRANCISCO ANICETO, JR <br> *Plaintiff* <br><br> v. <br><br> SPECIALIZED LOAN SERVICING LLC <br> *Defendant* | § <br> § <br> § <br> §     C.A. No. 7:22-cv-390 <br> § <br> § <br> § |

## **DEFENDANT'S ORIGINAL COUNTERCLAIM**

Defendant Specialized Loan Servicing LLC **("Defendant," "Counter-Plaintiff" or "SLS")** complaining of Plaintiff/Counter-Defendant, Francisco Aniceto, Jr **("Plaintiff" or "Counter-Defendant"),** and for cause of action would respectfully show unto the Court as follows:

### **I. PROPERTY**

1. This proceeding concerns a certain loan agreement, as that term is defined in Section 26.02 of the Texas Business and Commerce Code (the "Loan Agreement"), secured by the real property and improvements commonly known as 705 West Bronze Avenue, Pharr, TX 78577 (the "Property") and more particularly described as follows:

**LOT EIGHTEEN (18) LOS MUROS SUBDIVISION, A SUBDIVISION IN THE CITY OF PHARR, HIDALGO COUNTY, TEXAS AS PER MAP OR PLAT RECORDED IN VOLUME 45, PAGE 194, MAP RECORDS OF HIDALGO COUNTY, TEXAS, TO WHICH REFERENCE IS HEREBY MADE FOR ALL PERTINENT PURPOSES.**

## II. THE PARTIES

2. Plaintiff/Counter-Defendant Francisco Aniceto, Jr has appeared and may be served by serving his counsel of record, Itzel Martinez-Santos.

3. Defendant/Counter-Plaintiff Specialized Loan Servicing LLC is a Delaware corporation with its principal place of business in Greenwood Village, Colorado and has already appeared in this case. SLS is the mortgage servicer for the mortgagee of record for the subject loan as "mortgage servicer" and "mortgagee" are defined in Section 12.017 of the Texas Property Code.

## III. JURISDICTION AND VENUE

4. Jurisdiction and venue are proper in the United States District Court for the Southern District of Texas, McAllen Division, for the reasons set forth in Plaintiff's Notice of Removal.

## IV. FACTS

5. The documents attached to this counterclaim are made a part of this proceeding for all purposes and are true and correct copies of the original Note, Deed of Trust and related documents pertaining to the Property made the subject of this proceeding. Subject documents include:

   a. A true and correct copy of a Warranty Deed with Vendor's Lien dated March 11, 2005, and recorded April 5 2005, conveying the Property to Plaintiff – marked as **Exhibit A** attached hereto and incorporated herein by reference.

    b.  A true and correct copy of a Note signed by Plaintiff dated June 28, 2005 - marked as **Exhibit B** attached hereto and incorporated herein by reference.

    c.  A true and correct copy of a recorded Deed of Trust signed by Plaintiff, dated June 28, 2005, and recorded July 8, 2005, marked as **Exhibit C** attached hereto and incorporated herein by reference.

    d.  A true and correct copy of a recorded assignment of the Deed of Trust is marked as **Exhibit D** attached hereto and incorporated herein by reference.

    e.  True and correct copies of Notices of Default and Notice of Intent to Accelerate addressed to Plaintiff are marked as **Exhibit E** attached hereto and incorporated herein by reference.

    f.  A true and correct copy of a Notice of Acceleration and Posting addressed to Plaintiff is marked as **Exhibit F** attached hereto and incorporated herein by reference.

    g.  A true and correct copy of a Special Warranty Deed (subject to indebtedness) signed by Plaintiff, dated October 14, 2022, and recorded October 25, 2022, transferring the Property to Mentor Capital South Texas, LLC is marked as **Exhibit G** attached hereto and incorporated herein by reference.

6.    According to Defendant's records, the Plaintiff, the obligor under the Note, failed to remit the installment payment due for July 1, 2017, and the installments that have become due after that date under the terms of the Note.

Therefore, there has been a material breach of the Note and the Deed of Trust. Because of the failure to cure the default, Defendant accelerated the maturity of the debt as contemplated by the terms of the Note. All conditions precedent for foreclosure have been performed or have occurred.

## V. CAUSES OF ACTION

### Public Auction

7. Because of the material breach of the Note, Defendant seeks an order permitting a nonjudicial foreclosure pursuant to the terms of the Note, Deed of Trust, and Section 51.002 of the Texas Property Code  Because of the material breach of the Note and Deed of Trust, a public auction of the Property in conjunction with all other regularly scheduled nonjudicial foreclosure sales on the first Tuesday of the month would provide the most practical, efficient, and effective means to enforce Defendant's security interest in the Property. Because the rights, responsibilities, and duties of Plaintiff and Defendant are well known under Section 51.002 of the Texas Property Code and Texas law, a public auction conducted in the same manner as a nonjudicial foreclosure sale would meet all constitutional standards of due process.

### PRAYER

WHEREFORE PREMISES CONSIDERED, Defendant requests that upon final hearing, that Plaintiff be cited to appear and answer, and the Court enter judgment:

1. that Plaintiff take nothing by this suit against Defendant;
2. Directing the sale of the Property at a public auction;

3. Assessing costs and attorneys' fees against Plaintiff; and

4. All other relief, in law and in equity, to which Defendant may be justly entitled.

Respectfully submitted,

By: /s/ William Jennings
William Jennings
State Bar No. 24127205
SDTX No. 3747546
H. Gray Burks, IV
State Bar No. 03418320
Law Office of Gerald M. Shapiro LLP
13105 Northwest Freeway, Suite 960
Houston, Texas 77040
Telephone: (713) 462-2565
Facsimile: (847) 879-4823
Email: wjennings@logs.com
Email: gburks@logs.com

Attorneys for Defendant / Counter-Plaintiff, Specialized Loan Servicing LLC

5

DEFENDANT'S ORIGINAL COUNTERCLAIM

## CERTIFICATE OF SERVICE

I hereby certify that on November 22, 2022, a true and correct copy of the foregoing was sent to:

Itzel Martinez-Santos
The Law Offices of Martinez
& Martinez, PLLC
Attorneys for Plaintiff
310 S. St. Mary's St. Suite 980
San Antonio, TX 78205
Telephone: (210) 499-6448
Facsimile: (210) 783-8555
Via email to: itzel@martinezlawtx.com

                                                     /s/ William Jennings
                                                     William Jennings