United States District Court
Southern District of Texas
**ENTERED**
January 31, 2023
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| FRANCISCO ANICETO, JR<br>*Plaintiff* | §<br>§<br>§ | |
| v. | §<br>§ | C.A. No. 7:22-cv-390 |
| SPECIALIZED LOAN SERVICING LLC<br>*Defendant* | §<br>§ | |

**ORDER GRANTING UNOPPOSED MOTION OF DEFENDANT/COUNTER-PLAINTIFF TO DISMISS COUNTERCLAIM WIHTOUT PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(2)**

Upon consideration of the unopposed motion of Defendant/Counter-Plaintiff Specialized Loan Servicing LLC to dismiss its counterclaim without prejudice pursuant to Federal Rules of Civil Procedure 41(a)(2), the Court hereby **ORDERS** that Defendant/Counter-Plaintiff's counterclaim against Plaintiff in this action is **DISMISSED** without prejudice.

SO ORDERED January 31, 2023, at McAllen, Texas.

_____
Randy Crane
United States District Judge